IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

URIEL LIRA-PEREZ                                              PLAINTIFF

v.                           Case No. 12-2239

STATE OF ARKANSAS; SEBASTIAN
COUNTY, ARKANSAS; SEBASTIAN
COUNTY SHERIFF'S DEPARTMENT;
and JOHN DOE DEFENDANTS                                       DEFENDANTS

### ORDER

Now on this 15th day of May 2013, there comes on for consideration the report and recommendation filed herein on April 24, 2013, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 5). The parties did not file any written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's claims under the Civil Asset Forfeiture Reform Act and those brought against the State of Arkansas are DISMISSED. This leaves for later determination Plaintiff's claims against Sebastian County and the Sebastian County Sheriff's Office.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge