```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION
```

URIEL LIRA-PEREZ                                                PLAINTIFF

V.                           NO. 2:12-CV-2239

SHERIFF BILL HOLLENBECK, ET AL.                                DEFENDANTS

                            O R D E R

On this 16th day of January 2014, there comes on for consideration the Report and Recommendation filed in this case on August 22, 2013, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 17). Also before the Court are Defendant's objections. (Doc. 18).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Dismiss (Doc. 12) is **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

                                   /s/ Robert T. Dawson
                                   Honorable Robert T. Dawson
                                   United States District Judge